# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **WESLEY AUGMON**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 07-02131-KHV-GLR |
| | ) |
| **O'CONNOR COMPANY, INC.** | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal with Prejudice (Doc. #6) filed by the parties, and upon the request of the parties, the Court hereby dismisses this action with prejudice, each party to bear his/its own costs and attorneys' fees.

SO ORDERED this 18th day of July, 2007.

s/ Kathryn H. Vratil
Kathryn H. Vratil
United States District Judge